■ In the Matter of DEWEESE JONES, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Program, et al., Respondents. [10 NYS3d 910]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., McCarthy, Devine and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.